# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

March 2, 2010

No. 09-30584

Charles R. Fulbruge III
Clerk

JAMES R. PIPES,

Plaintiff - Appellant

v.

UNITED PARCEL SERVICE, INC.; INTERNATIONAL BROTHERHOOD
OF TEAMSTERS,

Defendants - Appellees

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 3:07-CV-1762

Before KING, JOLLY and STEWART, Circuit Judges.

PER CURIAM:[*]

The judgment of the district court is AFFIRMED for essentially the reasons set forth in the district court's Ruling entered June 16, 2009.

AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.